

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00223-CV

| | | |
|---|---|---|
| ROBERT THARP AND LEE ANN THARP, Appellants | § | On Appeal from County Court at Law No. 1 |
| | § | of Tarrant County (2018-002164-1) |
| V. | § | January 11, 2024 |
| BUILDERS FIRST SOURCE - TEXAS GROUP, L.P., Appellee | § | Memorandum Opinion by Justice Wallach |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the trial court's summary judgment is reversed and we render judgment dismissing Appellee Builders First Source – Texas Group, L.P.'s lawsuit.

It is further ordered that Appellee Builders First Source – Texas Group, L.P. shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By __/s/ Mike Wallach_____
    Justice Mike Wallach